**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Guadalupe DIAZ–RAMOS,
Defendant—Appellant.**

No. 08–30051.

United States Court of Appeals,
Ninth Circuit.

cation and is not precedent except as provid-

Submitted Dec. 17, 2008.*

Filed Dec. 29, 2008.

James P. Hagarty, Assistant U.S., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Nicholas W. Marchi, Carney & Marchi, PS, Seattle, WA, for Defendant–Appellant.

Before: GOODWIN, TROTT, and RYMER, Circuit Judges.

## MEMORANDUM **

Jose Guadalupe Diaz–Ramos appeals from the district court's denial of his motion to dismiss the indictment. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Diaz–Ramos was indicted for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. He contends that the district court erred when it denied his motion to dismiss because he was previously deported under an incorrect alien number which invalidated his prior deportation. Because Diaz–Ramos did not suffer prejudice as a result of being deported under an incorrect number, his contention fails. *See United States v. Muro–Inclan,* 249 F.3d 1180, 1185 (9th Cir.2001).

**AFFIRMED.**

ed by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.